IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARIO ABREU,** | : | Civil No. 1:15-cv-1465 |
| Petitioner, | : | |
| v. | : | |
| | : | **Judge Rambo** |
| **KEVIN KAUFFMAN, et al.,** | : | |
| | : | **Magistrate Judge Mehalchick** |
| Respondents. | : | |

# **O R D E R**

**AND NOW**, this 1st day of June, 2017, **IT IS HEREBY ORDERED** as follows:

1) The report and recommendation of the magistrate judge (Doc. 17) is **ADOPTED** in its entirety;

2) The motion filed under 28 U.S.C. § 2254 is **DENIED**, as Abreu's claims are procedurally defaulted and otherwise without merit;

3) The clerk of court shall close this file;

4) Any appeal taken from this memorandum and order is deemed frivolous, without merit, and not taken in good faith.

                                                                                   s/Sylvia H. Rambo
                                                                                  SYLVIA H. RAMBO
                                                                                  United States District Judge